# CASE ANNOUNCEMENTS

*December 2, 2010*

[Cite as *12/02/2010 Case Announcements*, 2010-Ohio-5836.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–1609. In re Broom.**
In Habeas Corpus. On petition for writ of habeas corpus of Romell Broom. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.